IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 1:20-bk-02688-HWV |
| | : | |
| MICHAEL ANTHONY STEWART | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Electronically Filed Document |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, Brenda S. Bishop, Senior Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: November 12, 2020

Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
Tel: (717) 783-8035
Fax: (717) 772-4526
E-mail: bbishop@attorneygeneral.gov

BY: */s/ Brenda S. Bishop*
BRENDA S. BISHOP
Senior Deputy Attorney General
PA Attorney No. 91761

JASON L. SWARTLEY
Chief Deputy Attorney General
Financial Enforcement Section