UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL ANTHONY STEWART | : | CASE NO: 1:20-bk-02688-HWV |
| | : | |
| Debtor(s) | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

      To the Clerk of the Bankruptcy Court, the Debtor, All Trustees, All Creditors, and All Other Parties in Interest: **PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of DAUPHIN COUNTY TAX CLAIM BUREAU, and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtor(s) are to be served upon:

                Bret P. Shaffer, Esquire
                Attorney I.D. #309180: PA
                Schiffman, Sheridan & Brown, P.C.
                2080 Linglestown Road, Suite 201
                Harrisburg, PA 17110

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it, a consent to jurisdiction of the Bankruptcy Court over Dauphin County Tax Claim Bureau, specifically, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which it hereby expressly reserves.

                              SCHIFFMAN, SHERIDAN & BROWN, P.C.

                              By:/s/Bret P. Shaffer
                              Bret P. Shaffer, Esquire  PA I.D. #309180
                              2080 Linglestown Road, Suite 201
                              Harrisburg, PA 17110
                              717-540-9170 Telephone
                              bshaffer@ssbc-law.com
Date: November 14, 2020          Attorney for Dauphin County Tax Claim Bureau