UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ANTHONY STEWART : CHAPTER 13
      Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
MICHAEL ANTHONY STEWART :
      Respondent(s) : CASE NO. 1-20-bk-02688

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of November, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a   Plan ambiguous – term

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a.   2019 Federal Income Tax return

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a.   Deny confirmation of debtor(s) plan.
   b.   Dismiss or convert debtor(s) case.
   c.   Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this 24th day of November, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Chad Julius, Esquire
8150 Derry Street
Harrisburg, PA   17111

                                               /s/Deborah A. Behney
                                               Office of Charles J. DeHart, III
                                               Standing Chapter 13 Trustee2

Case 1:20-bk-02688-HWV    Doc 24    Filed 11/24/20    Entered 11/24/20 14:41:20    Desc
Main Document      Page 2 of 2