# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Michael Anthony Stewart** | **BK NO. 20-02688 HWV** |
| Debtor(s) | |
| | **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Times Square Revolving Trust and index same on the master mailing list.

Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
30 Nov 2020, 15:37:10, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322