UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ANTHONY STEWART
      Debtor(s)

CHARLES J. DEHART, III       CHAPTER 13
CHAPTER 13 TRUSTEE
      Movant

vs.       CASE NO: 1-20-02688-HWV

MICHAEL ANTHONY STEWART
      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 12, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on October 7, 2020.

2. A hearing was held and an Order was entered on December 16, 2020 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/   James K. Jones, Esq.
    Id:   39031
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA   17036
    Ph.   717-566-6097
    Fax. 717-566-8313
    eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: MICHAEL ANTHONY STEWART

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 1-20-02688-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg  
Bankruptcy Courtroom, 3rd Floor  
228 Walnut Street  
Harrisburg, PA 17101

Date: April 28, 2021

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
Email: dehartstaff@pamd13trustee.com

Dated: March 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ANTHONY STEWART

                        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE              CHAPTER 13
                  Movant
MICHAEL ANTHONY STEWART

                                                          CASE NO: 1-20-02688-HWV

                    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

CHAD J JULIUS ESQUIRE                   Served electronically
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG, PA 17111-5212

United States Trustee                             Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

MICHAEL ANTHONY STEWART           Served by 1st Class Mail
1612 BRIGGS STREET
HARRISBURG, PA 17103

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 12, 2021                              Respectfully,
                                                            Vickie Williams
                                                             for Charles J. DeHart, III, Trustee
                                                             Suite A, 8125 Adams Dr.
                                                             Hummelstown, PA 17036
                                                             Phone: (717) 566-6097
                                                             eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL ANTHONY STEWART

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant |  |
| MICHAEL ANTHONY STEWART | CASE NO: 1-20-02688-HWV |
| Respondent(s) |  |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.