In re:  Case No. 20-02688-HWV

Michael Anthony Stewart  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2022 | Form ID: ordsmiss | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Anthony Stewart, 1612 Briggs Street, Harrisburg, PA 17103-1439 |
| cr | | Bureau of Compliance Commonwealth of Pennsylvania,, PO Box 280948, Harrisburg, PA 17128-0938 |
| 5357980 | #+ | Capital Tax Collection Bureau, 506 State Street, Marysville, PA 17053-1017 |
| 5357981 | + | Dauphin County Tax Claim Bureau, 2 South Second Street, Harrisburg, PA 17101-2047 |
| 5373626 | + | Dauphin County Tax Claim Bureau, PO Box 1295, 2 South Second Street, Harrisburg PA 17101-2047 |
| 5357983 | + | Gary Imblum, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 5366870 | + | Imblum Law Offices, P.C., Gary J. Imblum, Esquire, 4615 Derry Street, Harrisburg, PA 17111-2660 |
| 5357988 | + | PHEAA, PO BOX 847, Harrisburg, PA 17108-0847 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5357982 | + | EDI: AMINFOFP.COM | Jun 30 2022 22:48:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5357984 | + | EDI: IRS.COM | Jun 30 2022 22:48:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5357989 | | EDI: PRA.COM | Jun 30 2022 22:48:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5372509 | | EDI: PRA.COM | Jun 30 2022 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5357986 | + | EDI: PENNDEPTREV | Jun 30 2022 22:48:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17128-0001 |
| 5357986 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 18:42:00 | Pennsylvania Department of Revenue, 1 Revenue Place, Harrisburg, PA 17128-0001 |
| 5357987 | + | EDI: PENNDEPTREV | Jun 30 2022 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5357987 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2022 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5357990 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 18:43:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5374475 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 18:43:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5357991 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 30 2022 18:43:00 | U.S Bank National Association, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dauphin County Tax Claim Bureau, PO Box 1295, 2 South Second Street, Harrisburg, PA 17101-2047 |
| 5357985 | *+ | Internal Revenue Services, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0001 |
| 5363843 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2022                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brenda Sue Bishop | on behalf of Creditor Bureau of Compliance Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov, ARC-Court-MiddleDistrict@attorneygeneral.gov |
| Chad J. Julius | on behalf of Debtor 1 Michael Anthony Stewart cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Times Square Revolving Trust bkgroup@kmllawgroup.com |
| Ryan T Gonder | on behalf of Creditor Dauphin County Tax Claim Bureau rgonder@dauphinc.org |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Anthony Stewart,         Chapter     13

    **Debtor 1**

                                       Case No.     1:20−bk−02688−HWV

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: June 30, 2022

ordsmiss (05/18)